JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Jimmy Salas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JIMMY SALAS,<br>　　　　　Defendant. | CASE NO: 2:18-cr-277-APG-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by Jimmy Salas, by and through his attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through BRIAN Y. WHANG, ESQ., Assistant United States Attorney, that the video sentencing hearing currently scheduled for September 8, 2020, at 10:30 a.m., be vacated and continued at least ninety (90) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

　　　The request for a continuance is based upon the following:

1.　　　The parties initially requested a ninety-day continuance of the sentencing due to dangers related to the coronavirus, COVID-19. At this point, the dangers of COVID-19 have not subsided, and the number of cases in Nevada increases exponentially every day. Because of the continued safety issues and the ongoing need for social distancing, the parties request that the sentencing hearing in this matter be continued. On March 16, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-03, wherein the Chief Judge explained that due to COVID-19, the President of the United States has declared a national emergency, and state and local governments have declared local

1

emergencies. Due to the ongoing health emergency from the spread of COVID-19, continuing the sentencing hearing in this case will serve the interests outlined in the Temporary General Order 2020-03.

2. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Although Temporary General Order 2020-05 provides limited circumstances in which a sentencing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the sentencing hearing until in-person appearances are considered safe.

3. Defendant Jimmy Salas is not in custody, and he has no objection to the continuance.

4. Defense Counsel for has spoken to AUSA Brian Whang, and he agrees to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: July 29, 2020

Respectfully submitted,

/s/ James A. Oronoz                         /s/ Brian Y. Whang
James A. Oronoz, Esq.                       Brian Y. Whang, Esq.
Oronoz & Ericsson, LLC                      Assistant United States Attorney
1050 Indigo Drive, Suite 120                501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145                    Las Vegas, Nevada, 89101
Attorney for Jimmy Salas                    Attorney for the United States of America

IT IS SO ORDERED: the sentencing hearing currently set for September 8, 2020 is vacated and continued to December 10, 2020 at 10:30 a.m. in Courtroom 6C before Judge Andrew P. Gordon.

DATED this  30th  day of    July    , 2020.

_____
UNITED STATES DISTRICT JUDGE