JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Jimmy Salas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>vs.<br><br>JIMMY SALAS,<br>             Defendant. | CASE NO:  2:18-cr-277-APG-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Third Request) |

   IT IS HEREBY STIPULATED AND AGREED by Jimmy Salas, by and through his attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through BRIAN Y. WHANG, ESQ., Assistant United States Attorney, that the video sentencing hearing currently scheduled for December 10, 2020, at 10:30 a.m., be vacated and continued at least sixty (60) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

   The request for a continuance is based upon the following:

   1. Due to safety issues and closures related to the coronavirus, COVID-19, the parties request that the sentencing hearing in this matter be continued. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Although Temporary General Order 2020-05 provides limited circumstances in which a sentencing hearing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the sentencing hearing in this case. On September 25, 2020, the Chief Judge extended Temporary General Order 2020-05 until December 28, 2020.

2. Defendant Jimmy Salas is not in custody, and he has no objection to the continuance.

3. Defense Counsel for has spoken to AUSA Brian Whang, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: December 3, 2020

Respectfully submitted,

| /s/ James A. Oronoz | /s/ Brian Y. Whang |
|---|---|
| James A. Oronoz, Esq. | Brian Y. Whang, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| Attorney for Jimmy Salas | Attorney for the United States of America |

IT IS SO ORDERED:

The sentencing currently set for December 10, 2020 is vacated and continued to February 16, 2021 at 11:00 a.m. in courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of December, 2020.
Header above: