JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Jimmy Salas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JIMMY SALAS,<br>　　　　Defendant. | CASE NO:  2:18-cr-277-APG-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by Jimmy Salas, by and through his attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through BRIAN Y. WHANG, ESQ., Assistant United States Attorney, that the video sentencing hearing currently scheduled for February 16, 2021, at 11:00 a.m., be vacated and continued at least thirty (30) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

　　　　The request for a continuance is based upon the following:

1.　　　　The parties request that this sentencing be continued. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Temporary General Order 2020-05 provides limited circumstances in which a sentencing hearing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the sentencing hearing in this case. On December 18, 2020, the Chief Judge extended Temporary General Order 2020-05 until March 29, 2021.

1

2. Defendant Jimmy Salas is not in custody, and he has no objection to the continuance.

3. Defense Counsel for Jimmy Salas has spoken to AUSA Brian Whang, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: February 9, 2021

Respectfully submitted,

/s/ James A. Oronoz
James A. Oronoz, Esq.
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada, 89145
Attorney for Jimmy Salas

/s/ Brian Y. Whang
Brian Y. Whang, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89101
Attorney for the United States of America

IT IS SO ORDERED:

The sentencing currently scheduled for February 16, 2021 is vacated and continued to March 25, 2021 at 9:30 a.m. in Las Vegas Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE

DATED this __10th__ day of __February__, 2021.

2