# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00277-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| JIMMY SALAS, | |
| Defendant | |

I ORDER that defendant Jimmy Salas's motion for an order shortening time (ECF No. 48) is GRANTED.

I FURTHER ORDER that the United States of America shall file a response to defendant Jimmy Salas's motion to postpone surrender date (ECF No. 47) by Wednesday, September 22, 2021 at 12:00 p.m.

DATED this 20th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE