# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>JIMMY SALAS,<br><br>　　　　Defendant | Case No.: 2:18-cr-00277-APG-BNW<br><br>**Order Granting Motion to Postpone Surrender Date**<br><br>[ECF No. 47] |

I ORDER that defendant Jimmy Salas's motion postpone his surrender date **(ECF No. 47) is GRANTED**. Mr. Salas shall report to the prison designated by the Bureau of Prisons by 12:00 noon on Friday, January 7, 2022.

DATED this 21st day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE